■■■ JACK ALLEN, Respondent, v DOMUS DEVELOPMENT CORPORATION et al., Appellants. (Appeal No. 2.) [711 NYS2d 805] —Appeal unanimously dismissed without costs (see, CPLR 5501 [a] [1], [2]). (Appeal from Order of Supreme Court, Monroe County, Polito, J.—Set Aside Verdict.) Present—Green, J. P., Wisner, Kehoe and Lawton, JJ.